N68279

RECEIVED
APR 10 2019
#18

HUBERT L. JONES

VERSUS

ANTHONY QUINN STIGGERS, ROBERT HEATH TRUCKING, INC. AND GREAT WEST CASUALTY COMPANY

SUIT NO.: 162665   DIV: B

21ST JUDICIAL DISTRICT COURT

PARISH OF LIVINGSTON

STATE OF LOUISIANA

*****************************************************************

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **HUBERT L. JONES**, a person of legal age and majority, domiciled in the Parish of Iberville, State of Louisiana, who respectfully represents the following Petition for Damages to wit:

1.

Made Defendants are:

a. **ANTHONY QUINN STIGGERS**, a resident of full age of majority domiciled in the County of Los Angeles, California, which may be served via Louisiana Long-Arm Statute, La. R.S. 13:3201 at his place of residence, 2172 Willard Street, Long Beach, California, 90810;

b. **ROBERT HEATH TRUCKING, INC.** a foreign corporation, authorized to do and doing business in the State of Texas, which may be served via Louisiana Long-Arm Statute, La. R.S. 13:3201, through its agent of service of process, Terri Heath Shankle, 1201 E. 40th Street, Lubbock, Texas 79404.

c. **GREAT WEST CASUALTY COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, the Louisiana Secretary of State, the Honorable R. Kyle Ardoin, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

2.

On or about April 6, 2018, at approximately 3:29 a.m., **HUBERT L. JONES** was operating his 2006 Chevrolet Silverado, traveling westbound on Interstate 12 in Livingston Parish, Louisiana, within the jurisdictional limits of this court.

3.

At the same time and on the same roadway, **ANTHONY QUINN STIGGERS,** was operating a 2013 Volvo VN VNL tractor trailer, bearing Texas license plate number R219964, owned by **ROBERT HEATH TRUCKING, INC.**, and was traveling westbound on Interstate 12 in Walker, Louisiana, within the jurisdictional limits of this court.

4.

Suddenly and without warning, the 2013 Volvo VN VNL tractor trailer operated by **ANTHONY QUINN STIGGERS** traveled into the rear of a 2006 Chevrolet Silverado operated by **HUBERT L. JONES**, thereby causing a violent collision resulting in injuries to **HUBERT L. JONES.**

**EXHIBIT 1**

5.

At the time of this accident, **ANTHONY QUINN STIGGERS** was an employee and representative of **ROBERT HEATH TRUCKING, INC.**, who was acting within his course and scope of employment.

6.

Defendant, **ROBERT HEATH TRUCKING, INC.** is vicariously liable for the aforementioned fault, incompetence, and negligence of defendant, **ANTHONY QUINN STIGGERS,** under La. C.C. Art. 2317 where **ROBERT HEATH TRUCKING, INC.,** negligently entrusted its vehicle to **ANTHONY QUINN STIGGERS,** whom it knew or should have known was a careless, incompetent, and reckless driver and would cause harm of the type described herein.

7.

During this entire occurrence, **HUBERT L. JONES** drove his vehicle safely and with skill, and in no way did **HUBERT L. JONES** contribute to causing the collision.

8.

The collision described above was caused solely and proximately by the gross and flagrant recklessness, carelessness, negligence, and fault of **ANTHONY QUINN STIGGERS**, in the following, non-exclusive, particulars, to-wit:

A. In failing to keep a proper look out;

B. In failing to keep **HIS** vehicle under proper control;

C. In operating **HIS** vehicle in a wanton and reckless manner with no regard for the rights and safety of others;

D. In failing to yield;

E. In failing to see what **HE** should have seen and if having seen, in failing to heed;

F. In failing to stop;

G. In driving **HIS** vehicle into the rear of the vehicle owned and operated by **HUBERT L. JONES;**

H. In failing to maintain control of **HIS** vehicle;

I. In not obeying the traffic laws of the state of Louisiana;

J. Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and parish traffic regulations and ordinances.

9.

Additionally, the collision described above was caused by the gross and flagrant recklessness, carelessness, negligence, and fault of **ROBERT HEATH TRUCKING, INC.,** in the following, non-exclusive, particulars, to-wit:

A. In failing to properly train employees on vehicle safety;

B. In failing to properly train employees on operating and maneuvering a commercial vehicle;

C. In failing to employ a safe and competent driver;

D. In failing to properly supervise and instruct its drivers;

E. In negligently hiring and/or maintaining an employee; and

F. Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure.

10.

Petitioner is informed, believes, and therefore alleges that defendant **ROBERT HEATH TRUCKING, INC.,** is vicariously liable for the actions, negligence, and fault of its employee, **ANTHONY QUINN STIGGERS,** under the theory of *respondeat superior* as codified in La. C.C. art. 2320, where **ANTHONY QUINN STIGGERS** was working for and within the course and scope of his employment with defendant, **ROBERT HEATH TRUCKING, INC.,** at the time of the aforementioned accident.

11.

Plaintiff is informed, believes, and therefore alleges, that at the time of the accident **ROBERT HEATH TRUCKING, INC.,** had a self-insured policy and/or a policy of motor vehicle liability insurance with **GREAT WEST CASUALTY COMPANY** insuring against the negligent acts of **ROBERT HEATH TRUCKING, INC.,** and its employees, namely **ANTHONY QUINN STIGGERS**, and under the laws of the State of Louisiana, was in full force and effect at the time of the accident and which insurance inures to the benefit of Plaintiff under the provisions of the Louisiana Direct Action Statute, Revised Statute 22:1269.

12.

Plaintiff alleges on information and belief that at the time of the collision described above, the 2013 Volvo VN VNL tractor trailer operated by **ANTHONY QUINN STIGGERS** and owned by **ROBERT HEATH TRUCKING, INC.,** was covered by a self-insured policy through

**ROBERT HEATH TRUCKING, INC.,** and/or through an automobile liability insurance policy with **GREAT WEST CASUALTY COMPANY**, which was then in full force and effect by virtue of payment and otherwise.

13.

Plaintiff further alleges on information and belief that under the terms of said policy for self-insurers and/or policy for **GREAT WEST CASUALTY COMPANY** and/or **ROBERT HEATH TRUCKING, INC.,** obligated itself to pay any and all damages to others as a result of the negligence of **ROBERT HEATH TRUCKING, INC.,** and its employees, namely **ANTHONY QUINN STIGGERS,** operator of said vehicle, covered by said policy at the time of said collision.

14.

**ANTHONY QUINN STIGGERS, ROBERT HEATH TRUCKING, INC.,** and/or **GREAT WEST CASUALTY COMPANY** are therefore liable, *in solido*, unto the plaintiff in said collision, which are itemized and set out hereafter.

15.

As a result of the combined fault, negligence, and/or strict liability of the defendants in causing the aforementioned accident, Plaintiff, **HUBERT L. JONES,** suffered injuries including, but not limited to the following:

    A. Back pain/injuries;

    B. Neck pain/injuries;

    C. Feet pain/injuries;

    D. Hand pain/injuries; and

    E. Other injuries which will be more fully established at trial.

16.

As a result of the accident sued upon herein, Plaintiff, **HUBERT L. JONES,** suffered the following damages:

    A. Physical pain and suffering - past, present, and future;

    B. Mental pain, anguish, and distress - past, present, and future;

    C. Medical expenses - past, present, and future;

    D. Loss of enjoyment of life - past, present, and future;

E. Disability- past, present, and future;

F. Impairment of earning capacity- past, present, and future

G. Lost wages - past, present, and future: and

H. Any and all other damages which shall be proven at trial of this matter.

17.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, et sec., the plaintiff is entitled to a certified copy of any insurance policies issued to and/or otherwise insuring **ANTHONY QUINN STIGGERS** and/or **ROBERT HEATH TRUCKING, INC.,** for the claims made by Plaintiff herein. Plaintiff herein requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

18.

The Plaintiff herein, **HUBERT L. JONES,** is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

**WHEREFORE PLAINTIFF PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the Plaintiff, **HUBERT L. JONES,** and against the defendants, **ANTHONY QUINN STIGGERS, ROBERT HEATH TRUCKING, INC.,** and/or **GREAT WEST CASUALTY COMPANY**, jointly, severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully Submitted:

**BRAD R. MATTHEWS (#30616)**
Gordon McKernan Injury Attorneys
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Phone: (225) 926-1234
Facsimile: (225) 926-1202

**PLEASE SERVE:**

**GREAT WEST CASUALTY COMPANY**
*Through its agent for service of process*
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

5

**PLEASE SERVE VIA LOUISIANA LONG ARM STATUTE:**

**ANTHONY QUINN STIGGERS**
2172 Willard Street
Long Beach, California 90810

**ROBERT HEATH TRUCKING, INC.**
*Through its Registered Agent for Service of Process*
Terri Heath Shankle
1201 E. 40th Street, Lubbock, Texas 79404.
Lubbock, Texas 38920

| | |
|---|---|
| **HUBERT L. JONES** | **SUIT NO.:**        **DIV:** |
| **VERSUS** | **21ST JUDICIAL DISTRICT COURT** |
| **ANTHONY QUINN STIGGERS, ROBERT HEATH TRUCKING, INC. AND GREAT WEST CASUALTY COMPANY** | **PARISH OF LIVINGSTON**<br>**STATE OF LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, Brad Matthews, Gordon McKernan Injury Attorneys, as counsel for Plaintiff, **HUBERT L. JONES**, in the above captioned matter, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment. This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully Submitted:

_____
**BRAD R. MATTHEWS (#30616)**
Gordon McKernan Injury Attorneys
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Phone: (225) 926-1234
Facsimile: (225) 926-1202

**PLEASE SERVE WITH PETITION**



1-800-259-5300

Home    Online Services    News/Media    FAQs    Contact us

Consumers >        Industry >                                        Industry Access

# Details for Great West Casualty Company

**Name:**
Great West Casualty Company

**NAIC#:**
11371

**Domicile:**
NE

**Phone:**
(402) 494-2411

**Toll Free#:**
N/A

Addresses

Type: Administrative
1100 West 29th Street
South Sioux City, NE 68776-3130

Type: Books and Records
1100 West 29th Street
South Sioux City, NE 68776-3130

Type: Domicile
1100 West 29th Street
South Sioux City, NE 68776-3130

Type: Mailing
P.O. Box 277
South Sioux City, NE 68776-0277

Appointed Producers
Complaint Data
Licensing Information
Lines of Insurance
Regulatory Actions
Service of Process
Summary Financial Information

**Return to Search Results**

**Return to Search**



EXHIBIT 2



Home | Careers | Services | Locations | Testimonials | About us | Apply Here

Have a Question? **Call +1 806-747-1651**

# About us

Home › About us

## About us

- Founded In 1939 by Bob and Lila Heath as a one-truck one-trailer operation. Through determination, dedication to service, and a focus on driver relationships. Robert Heath Trucking has become a leading middle market Refrigerated Trucking operation servicing the central and western half of the United States.
- With deep roots in the West Texas Market and a continuing focus on California Produce we are an expert in transporting everything you will find on a grocery store shelf and are proud to provide our customers with the on time service needed to satisfy America's appetite.
- Bob and Lila oversaw the growth of the company until Bob's death in 1994 when their daughter Terri, with the help of her husband Jimmy, took over the company. They still run the company today side by side with Jody Heath and Dan Alford with 90 years of combined Robert Heath experience and their two sons Brent and Brooks continuing the tradition to the third generation.
- Currently Robert Heath runs 130 late model tractors, all newer than 2015, and 285 refrigerated trailers.
- In 2012 we were proud to be officially recognized by the WBENC as a woman owned business.
- History of Success

**1979**   1980   1982,October   1984

### 1979

Terri Heath Shankle, our current owner and Daughter of Robert and Lila Heath, began Direct Service

### Have a Question?

📞 Call us +1 806-747-1651

### Get Free Quote

Your name
Your email
Your subject
Your text

P G U F

Submit

# BIOS

### Terri Shankle

- As Bob and Lila's daughter Terri grew up in the transportation industry and worked on and off at Robert Heath all through her education. After graduating with a Bachelor's degree from Texas Tech University Terri began working for Direct Service our dedicated trucking operation that has since been folded into Robert Heath Trucking. She continued to stay involved with the company over the years until her father's death in 1994 when she took over the position of Chairman of the Board.

### Jimmy Shankle

- While completing his Master's degree from Texas Tech University he worked alongside Dan Alford in the shop. Once he had completed his Master's he moved into dispatch working under both Jody and Bob Heath. He left Robert Heath to pursue his collegiate coaching career for the next 10 years, but after Bob died he came back to Lubbock with Terri to once again work at Robert Heath.

### Brent Shankle

- Going to college with the plan of continuing the family trucking legacy, Brent went through the McCombs School of business and graduated with a Master's Degree in Accounting and his CPA license. During college he worked at Robert Heath in the summer and sporadically on projects as needed. Since graduating in 2009 Brent has worked his way through the accounting and dispatch areas of the business and is now proud to be working as CFO with the company to continue Bob and Lila's great tradition with the transportation industry.

### Jody Heath

- Starting with part time work in the shop while at Texas Tech University Jody has worked at Robert heath Trucking for over 50 years and continues to give the same dedication each day to his uncle's, Bob Heath's, company. Jody started out in the office and worked his way up to head of operations before Bob's death in 1994. Since that time, Jody has worked closely with Jimmy and Terri as President to continue to grow and improve Robert Heath Trucking each day.

### Brooks Shankle

## Mark Timmer

## Dan Alford



 1201 E 40th Street Lubbock, TX       +1 806-747-1651

Services     Locations     Contractor     Lease Purchase     About us

© 2017 Robert Heath Trucking Inc.. All Rights Reserved.
Designed & Optimized: Internet Digital Marketing

| | |
|---|---|
| **From:** | Sean McAllister |
| **To:** | Jennifer Hale |
| **Subject:** | FW: Hubert Jones v. Anthony Stiggers, et al |
| **Date:** | Tuesday, April 30, 2019 10:23:13 AM |

-----Original Message-----
From: Brad R. Matthews [mailto:Brad@getgordon.com]
Sent: Wednesday, April 03, 2019 6:04 AM
To: Sean McAllister
Cc: Cherie Mowen; Roberta Alongi; Jennifer Brown
Subject: Re: Hubert Jones v. Anthony Stiggers, et al

Morning Sean. 30 day extension to answer is fine. Yes damages are over $75. He has over 60k in medicals to date. I did send a demand with meds prior to filing suit. I will send your way. Thanks

Brad

Sent from my iPhone

> On Apr 1, 2019, at 4:52 PM, Sean McAllister <smcallister@loeb-law.com> wrote:
>
> Brad,
>
> We will be representing Great West, Anthony Stiggers, and Robert Heath Trucking in the attached lawsuit that you filed on behalf of Hubert Jones.  May we please have a 30-day extension to file responsive pleadings (to May 1st)?  If so, we will extend the same professional courtesies to you as we move through this litigation.
>
> Also, this case is removable on the basis of diversity jurisdiction since all defendants are non-Louisiana domiciliaries.  At this time, are Mr. Jones' damages over $75,000, exclusive of interest and costs?  If so, I will remove it when we file our responsive pleadings.  If not, please let me know, and I will prepare the necessary written Stipulation, and we can keep this in Livingston Parish.  One of Mr. Jones' passengers, Allen Goree III, filed suit in the Middle District of Louisiana (3:18-cv-540) and we represented the same defendants in that suit, which actually settled last Friday.  We are in the process of fully dismissing those claims due to settlement, so there will not be any consolidation issues to address.
>
> Finally, please send me a settlement demand at your earliest convenience.  It is my understanding that one may have been made pre-suit; if so, please re-send it to me.  If you'd like to further discuss this case, feel free to give me a call.
>
> Thanks,
>
> Sean McAllister
> Attorney
> [cid:image001.gif@01CEE24A.06D4F500]
> 1180 West Causeway Approach • Mandeville, Louisiana 70471
> Main: (985) 778-0220 • Direct: (985) 612-1946 • Facsimile (985)
> 246-5639 smcallister@loeb-law.com•<mailto:smcallister@loeb-law.com·>
> www.loeb-law.com<http://www.loeb-law.com/>
> Mandeville • New Orleans • Shreveport
>
> This e-mail transmission, including any documents, files or other messages attached hereto, may contain PRIVILEGED and CONFIDENTIAL information intended only for the use of the identified individual or entity.  If you are not the intended recipient, or the person responsible for delivery to the intended recipient, you are hereby

EXHIBIT 3

notified that any disclosure, copying, distribution or dissemination of any part of this transmission or any attachment hereto is STRICTLY PROHIBITED.  If you have received this transmission in error, please notify the sender at either the e-mail address or telephone number above, immediately delete or destroy this transmission, any attachments hereto and all copies from all applicable systems.  Receipt of this transmission by anyone other than the intended recipient shall not constitute a waiver of any attorney-client, work product or other applicable privilege.
>
> <image001.gif>
> <2019-03-22_Hubert Jones Petition.pdf>

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

STATE OF LOUISIANA

DOCKET NO. 162665, DIV. B

HUBERT L. JONES

VERSUS

ANTHONY QUINN STIGGERS, ROBERT HEATH TRUCKING, INC.,
AND GREAT WEST CASUALTY COMPANY

FILED: _____     _____
                                                            CLERK OF COURT

**NOTICE OF FILING NOTICE OF REMOVAL**

TO:   Jason B. Harris, Clerk of Court
      21st Judicial District Court for the Parish of Livingston
      20300 Government Blvd.
      Livingston, LA 70754

      Plaintiff, Hubert L. Jones
      Through their attorneys of record,
      Brad R. Matthews
      GORDON MCKERNAN INJURY ATTORNEYS
      5656 Hilton Avenue
      Baton Rouge, LA 70808

PLEASE TAKE NOTICE that Great West Casualty Company and Robert Heath Trucking, Inc. have this date filed the attached Notice of Removal with the Office of the Clerk for the United States District Court for the Middle District of Louisiana. A copy of the Notice of Removal is attached hereto as Exhibit "A."

                                      Respectfully submitted,

                                      LOEB LAW FIRM

                              By:     _/s/ Sean M._____
                                      J. SCOTT LOEB (#25771)
                                      SEAN MCALLISTER (#35900)
                                      1180 West Causeway Approach
                                      Mandeville, LA 70471
                                      Telephone:   (985) 778-0220
                                      Facsimile:   (985) 246-5639
                                      Email:       sloeb@loeb-law.com
                                                   smcallister@loeb-law.com
                                      *Attorneys for Great West Casualty Company
                                      and Robert Heath Trucking, Inc.*

**EXHIBIT 4**

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 30th day of April 2019, served a copy of the foregoing on counsel for all parties to this proceeding, either by email, hand delivery, facsimile and/or by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

                                                _____
                                                SEAN MCALLISTER